Service of the foregoing **MEMORANDUM DECISION GRANTING CHAPTER 11 TRUSTEE'S MOTION TO SELL** will be effected through the Bankruptcy Noticing Center to each party listed below.

Noel Hyde
5926 South Fashion Pointe Drive
Suite 200-D
South Ogden, UT 84403

Steve Zimmer Paige
1192 East Draper Parkway #142
Draper, UT 84020

Douglas Payne
Gary Jubber
Fabian & Clandenin
215 South State Street, 12th Floor
P.O. Box 510210
Salt Lake City, UT 84151

Michael Johnson
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101

Adam Affleck
Prince, Yeates & Geldzahler
City Centre I, Suite 900
175 East 400 South
Salt Lake City, UT 84111

Robert Richards
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, Il 60606

U.S. Trustee
405 South Main Street, Suite 300
Salt Lake City, UT 84111

R. Craig Schneider
150 East Social Hall Avenue, Suite 313A
Salt Lake City, UT 84111-1504